

**Federal Deposit Insurance Corporation**
550 17th Street NW, Washington, D.C. 20429-9990      Division of Risk Management Supervision

September 26, 2012

CERTIFIED – RETURN RECEIPT REQUESTED

Richard Walter Eggers
1601 SW Kenyon Avenue
Des Moines, Iowa 50315

Subject: Section 19 Request for Waiver and Approval – Richard Walter Eggers

Dear Mr. Eggers:

Your request for a waiver of the insured depository institution filing requirement under Section 19 of the Federal Deposit Insurance Act ("Section 19") and your application pursuant to Section 19 have been approved.

The FDIC's approval reflects consideration of the information provided in your application. The enclosed approval order specifically provides that your fraud conviction does not prohibit your employment by an insured depository institution pursuant to Section 19. Please note that the FDIC's approval is limited to this singular conviction. The FDIC is unaware of any other offense by you which would be covered by Section 19.

The enclosed order is subject to the following conditions: (1) you must disclose the FDIC's approval of your Section 19 application to any insured institution in whose affairs you wish to participate; and (2) you must be bonded to the same extent as those who hold similar positions in any institution in which you serve.

Should you have a question regarding this matter, please contact FDIC Regional Director James D. LaPierre at (816) 234-8000.

Sincerely,

Serena L. Owens
Associate Director

Enclosure

**PL 1978**

EXHIBIT 17      App. 124

FEDERAL DEPOSIT INSURANCE CORPORATION

WASHINGTON, D.C.

| | |
|---|---|
| In the Matter of<br><br>RICHARD WALTER EGGERS,<br>Application for Consent to Participate in the<br>Conduct of the Affairs of Any Insured<br>Depository Institution | ORDER GRANTING PERMISSION TO FILE<br>APPLICATION AND APPROVING<br>APPLICATION FOR CONSENT TO<br>PARTICIPATE IN THE AFFAIRS OF ANY<br>INSURED DEPOSITORY INSTITUTION<br><br>FDIC-12-461L |

The Federal Deposit Insurance Corporation ("FDIC"), having fully considered all the facts and information relating to the application filed pursuant to section 19 of the Federal Deposit Insurance Act ("section 19"), 12 U.S.C. § 1829, by Richard Walter Eggers ("Applicant"), individually, for a waiver of the FDIC policy requirement that an insured depository institution file a section 19 application on his behalf, and for consent to participate directly or indirectly in the affairs of any insured depository institution, has determined that Applicant's request for a waiver should be granted and that Applicant's section 19 application to participate in the affairs of any insured depository institution, should be approved, based upon the following:

(1)   On February 2, 1963, Applicant pleaded guilty and was convicted of the offense of fraud; specifically, operating a coin changing machine by false means in violation of Iowa Code §713.35 (1962). This is Applicant's only offense subject to section 19 and covered by this application.

(2)   The FDIC notes that Applicant was 18 years of age at the time of the crime, forty-nine years have elapsed since the covered offense, and Applicant has had no further convictions or program entries subject to section 19.

(3)   Applicant seeks to work in the banking industry and has requested that the FDIC waive its policy requiring that a sponsoring insured depository institution submit a

**PL 1979**

**App. 125**

section 19 application on his behalf to enable Applicant to pursue employment with any insured depository institution.

(4) The FDIC has determined that Applicant has demonstrated satisfactory evidence of rehabilitation.

(5) The FDIC believes that Applicant's participation, directly or indirectly, in the conduct of the affairs of any insured depository institution, in any position, does not appear to constitute a threat to the safety and soundness of any insured depository institution, or to the interests of depositors, and that such participation would not threaten to impair public confidence in any insured depository institution.

(6) The FDIC has determined that there is substantial good cause to waive the FDIC policy requirement that an insured depository institution file a section 19 application on Applicant's behalf and that Applicant be granted permission to file a section 19 application on his own behalf.

## ORDER

NOW, THEREFORE, IT IS HEREBY ORDERED, that Richard Walter Eggers, as an individual, shall be permitted to file the section 19 application submitted with respect to any insured depository institution, without requiring that the insured depository institution file such an application on Applicant's behalf; and

IT IS FURTHER ORDERED, that Applicant's section 19 application for consent to participate directly or indirectly in the conduct of the affairs of any insured depository institution is hereby APPROVED, provided that prior to serving in any position, Applicant disclose to any such insured depository institution the FDIC's approval of Applicant's section 19 application by providing the insured depository institution with a copy of this ORDER GRANTING PERMISSION TO FILE APPLICATION AND APPROVING APPLICATION FOR CONSENT TO PARTICIPATE IN THE AFFAIRS OF ANY INSURED DEPOSITORY INSTITUTION; and

IT IS FURTHER ORDERED, that Applicant shall be covered by a fidelity bond to the same extent as others in similar positions at the subject insured depository institution.

IT IS FURTHER ORDERED, that the permission and approval granted by this ORDER shall apply only to the offense described in paragraph (1), above.

Dated this 26th day of September, 2012.

Serena L. Owens
Associate Director
Division of Risk Management Supervision