

Richard Walker Eggers

April 3, 1964

U. S. Coast Guard Recruiting Station
Room 2009 Federal Building
215 North 17th Street
Omaha, Nebraska    68102

Re:  Richard Walker Eggers
     Our # 2086

To Whom It May Concern:

The following is a record of the contacts with the above named individual.

8-5-61    Held for Juvenile Officer.          Placed on probation
          Involved in drinking episode        by the Juvenile
          with two other teen-agers.          Officer for 9 months.

2-2-63    Arrested at Carlisle, charged       Plead guilty. Sentenced
          with Fraud (taking money from       15 days County Jail.
          coin machine in Laundromat)         Appealed to District
                                              Court. Paid $50.00 fine
                                              6-8-63 as a result of the
                                              Appeal.

Trusting this is the information which you desire, I remain

                                              Sincerely yours,

                                              C. J. RICHARD, Sheriff
                                              Warren County, Iowa

cjr:rp

PL 1666

**EXHIBIT 18**                    **App. 128**