IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

RICHARD EGGERS,
individually and on behalf
of a putative class of similarly
situated individuals,

No. 4-14-cv-394-CRW-SBJ

    Plaintiff,

ORDER

vs.

WELLS FARGO BANK, N.A.,

    Defendant

    The court grants the unresisted motion to substitute for the deceased plaintiff Charlene Eggers, Executor of the Estate of Richard Walter Eggers.

    IT IS SO ORDERED.

    Dated this 28th day of September, 2016.

_____
CHARLES R. WOLLE, JUDGE
U.S. DISTRICT COURT