# IN THE UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF IOWA

### CENTRAL DIVISION

| | |
|---|---|
| CHARLENE EGGERS, Executor of the Estate of Richard Eggers,<br><br>　　　Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A.,<br><br>　　　Defendant. | Case No.: 4:14-cv-394 CRW-SBJ<br><br>**NOTICE OF APPEAL** |

Notice is hereby given that Plaintiff Charlene Eggers, Executor of the Estate of Richard Eggers, in the above-captioned matter hereby appeals to the United States Court of Appeals for the Eighth Circuit from an Order by the Honorable Charles R. Wolle granting summary judgment against Plaintiffs and thereby dismissing Plaintiff's claims against Wells Fargo Bank, N.A. (ECF No. 173 and 174) entered in this action on the 27th and 31st day of October, 2016.

Dated:  November 23, 2016　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　/s/ Thomas Newkirk

　　　　　　　　　　　　　　　　　Thomas Newkirk (AT0005791)
　　　　　　　　　　　　　　　　　tnewkirk@newkirklaw.com
　　　　　　　　　　　　　　　　　Leonard Bates (AT0010869)
　　　　　　　　　　　　　　　　　lbates@newkirklaw.com
　　　　　　　　　　　　　　　　　Lori Bullock (AT0012240)
　　　　　　　　　　　　　　　　　lbullock@newkirklaw.com
　　　　　　　　　　　　　　　　　515 E. Locust Street, Suite 300
　　　　　　　　　　　　　　　　　Des Moines, IA 50309

1

                                                     Tel:  (515) 883-2000
                                                     Fax:  (515) 883-2004

                                              ATTORNEYS FOR PLAINTIFF AND THE
                                              PUTATIVE CLASS

## CERTIFICATE OF SERVICE

The undersigned certifies a copy of this notice of appeal was served on the 23rd day of November, 2016, upon the following persons through the ECF filing system.

Michael A. Giudicessi
Michael.giudicessi@faegrebd.com
Britt L. Teply
Britt.teply@faegrebd.com
Faegre Baker Daniels LLP
801 Grand Avenue, 33rd Floor
Des Moines, IA 50309-8011
Telephone:  (515) 248-9000
Fax:  (515) 248-9010

John Mandler
John.mandler@faegrebd.com
2200 Wells Fargo Center
90 S. Seventh Street
Minneapolis, MN
Telephone: 612-766-7000
Fax: 612-766-1600
*Admitted Pro Hac Vice*

Gregory Abrams
Gregory.abrams@faegrebd.com
311 S. Wacker Drive, Suite 4300
Chicago, IL 60606
Telephone: 312-212-6500
Fax: 312-212-6501
*Admitted Pro Hac Vice*
ATTORNEYS FOR DEFENDANT

                                                               ___/s/ Britney DeFord_____