# United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

August 13, 2018

Mr. Leonard Bates
NEWKIRK & ZWAGERMAN
Suite 300
521 E. Locust
Des Moines, IA  50309

      RE:  16-4376  Charlene Eggers, et al v. Wells Fargo Bank, N.A.

Dear Counsel:

      The court has issued an opinion in this case. Judgment has been entered in accordance with the opinion. The opinion will be released to the public at 10:00 a.m. today. Please hold the opinion in confidence until that time.

      Please review Federal Rules of Appellate Procedure and the Eighth Circuit Rules on post-submission procedure to ensure that any contemplated filing is timely and in compliance with the rules. Note particularly that petitions for rehearing and petitions for rehearing en banc <u>must</u> be received in the clerk's office within 14 days of the date of the entry of judgment. Counsel-filed petitions must be filed electronically in CM/ECF. Paper copies are not required. No grace period for mailing is allowed, and the date of the postmark is irrelevant for pro-se-filed petitions. Any petition for rehearing or petition for rehearing en banc which is not received within the 14 day period for filing permitted by FRAP 40 may be denied as untimely.

                                 Michael E. Gans
                                 Clerk of Court

JMM

Enclosure(s)

cc:     Mr. Gregory Paul Abrams
         Ms. Lori Ann Bullock
         Mr. John S. Courter
         Ms. Susan Patricia Elgin
         Mr. Michael Giudicessi
         Mr. John P. Mandler
         Mr. Thomas Andrew Newkirk

      District Court/Agency Case Number(s):   4:14-cv-00394-CRW