# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 16-4376
_____

Charlene Eggers, Estate of Richard Eggers

Plaintiff - Appellant

Richard Eggers, individually and on behalf of a putative class of similarly sitauted individuals, Deceased

Plaintiff

v.

Wells Fargo Bank, N.A.

Defendant - Appellee

_____

Appeal from U.S. District Court for the Southern District of Iowa - Des Moines
(4:14-cv-00394-CRW)
_____

**JUDGMENT**

This appeal from the United States District Court was submitted on the record of the district court, briefs of the parties and was argued by counsel.

After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is affirmed in accordance with the opinion of this Court.

August 13, 2018

Order Entered in Accordance with Opinion:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
/s/ Michael E. Gans